Affirmed and Memorandum Opinion filed April 20, 2006









Affirmed and Memorandum Opinion filed April 20, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01146-CR

NO. 14-05-01147-CR

____________

 

MANSUR MUNEER SALEH,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 23rd District
Court

Brazoria County,
Texas

Trial Court Cause Nos.
47935 & 47938

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offense of
unauthorized use of a vehicle (No. 14-05-01146-CR on appeal, trial court cause
no. 47,935) and evading arrest.  (No.
14-05-01147-CR on appeal, trial court cause no. 47,938).  On October 13, 2005, the trial court sentenced
appellant to confinement for two years in a state jail facility in each cause,
to run concurrently.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  As of this
date, no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeals are
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 20, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).